# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LUIS DEJESUS <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF NEW YORK, POLICE OFFICER Leonel Jiminian, POLICE OFFICER Christopher Tsatsaronis and POLICE OFFICER Francesco Ventura and JOHN/JANE DOE 1-5 (the names being fictitious as the <br><br> *Defendant(s)* | Civil Action No. 25-cv-997 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of New York
100 Church Street
New York, NY 10007

(see rider for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William Grey
William Grey Law Office pllc
430 Park Avenue, 19th Floor
New York, NY 10022
William@WilliamGreyLawOffice.com
(929) 558-5565

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/27/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

Rider to Summons

Additional Defendants Names and Service Addresses

Police Officer Leonel Jiminian
114th Precinct
34-16 Astoria Blvd.,
Queens, NY 11103

Police Officer Christopher Tsatsaronis
114th Precinct
34-16 Astoria Blvd.,
Queens, NY 11103

Police Officer Fancesco Ventura
114th Precinct
34-16 Astoria Blvd.,
Queens, NY 11103

John and Jane Doe 1-5
114th Precinct
34-16 Astoria Blvd.,
Queens, NY 11103